**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YESICA ISABEL GARCIA and L.G.S.,<br><br>Plaintiffs<br><br>v.<br><br>LAUGHLIN WATERCRAFT RENTALS, LLC, et al.,<br><br>Defendants | Case No.: 2:26-cv-02287-APG-DJA<br><br>**Order Dismissing Case for Lack of Subject Matter Jurisdiction** |

Plaintiffs Yesica Garcia and L.G.S. filed this case in this court based on diversity jurisdiction under 28 U.S.C. § 1332(a). ECF No. 1 at 2. However, by the plaintiffs' own allegations, the plaintiffs and defendant Andrew Ursulo are all California citizens, so complete diversity between the plaintiffs and the defendants does not exist. *Rosenwald v. Kimberly-Clark Corp.*, 152 F.4th 1167, 1174 (9th Cir. 2025) ("Section 1332(a) requires complete diversity—no plaintiff may be from the same state as any defendant.").

I THEREFORE ORDER that this case is dismissed for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

DATED this 29th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE